# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Olivia Van Iderstine and Mitch Oberstein, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>Defendants. | Case No. CV 20-3888-GW-GJSx<br><br>**ORDER ON JOINT STIPULATION SETTING BRIEFING SCHEDULE**<br><br>[Civil Local Rule 7-1]<br><br>Assigned to: Honorable George H. Wu |

1  Pending before this Court is a Joint Stipulation Setting Briefing Schedule
2  ("Joint Stipulation") filed by Plaintiffs Olivia Van Iderstine and Mitch Oberstein
3  (together, "Plaintiffs") and Defendants Live Nation Entertainment, Inc. and
4  Ticketmaster LLC (together, "Defendants").  Upon consideration of the parties'
5  Joint Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the
6  Joint Stipulation is GRANTED.  The court orders as follows:
7      a.  Defendants shall file any Opposition to Plaintiffs' Motion for
8  Discovery on or before July 10, 2020.
9      b.  Plaintiffs shall file any Reply in support of their Motion for
10 Discovery on or before July 17, 2020.
11     c.  Any hearing on Plaintiffs' Motion for Discovery shall be held on
12 August 3, 2020 at 8:30 a.m.
13     d.  Plaintiffs' Opposition to Defendants' Motion to Compel
14 Arbitration shall be filed on or before August 17, 2020, or two weeks after
15 receiving any Court-authorized discovery (whichever is later).
16     e.  Defendants' Reply in Support of the Motion to Compel Arbitration
17 shall be filed on or before September 8, 2020, or three weeks after Plaintiffs'
18 Opposition to the Motion to Compel Arbitration is filed (whichever is later).
19     f.  The Hearing on Defendants' Motion to Compel Arbitration shall
20 be held on September 28, 2020 at 8:30 a.m., or the first Monday at least two weeks
21 after the reply is filed (whichever is later).
22
23 **IT IS SO ORDERED.**
24
25 Dated:  June 29, 2020
26                                         Hon. George H. Wu
27                                         United States District Judge
28