# PLAINTIFFS' OPPOSITION TO DEFENDANTS' AMENDED MOTION TO COMPEL ARBITRATION

# FILED UNDER SEAL