QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  Frederick A. Lorig (Bar No. 057645)
  fredlorig@quinnemanuel.com
  Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
  Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
  William R. Sears (Bar No. 330888)
  willsears@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100
(additional counsel listed on signature page
of Plaintiffs' Opposition to Defendants'
Amended Motion to Compel Arbitration)

Attorneys for Plaintiffs Mitch Oberstein, Gary
Matty, and Sophie Burke, on behalf of
themselves and all those similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mitch Oberstein, Gary Matty, and Sophie Burke, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>Defendants. | Case No. 2:20-cv-03888-GW-GJS<br><br>**DECLARATION OF ADAM B. WOLFSON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' AMENDED MOTION TO COMPEL ARBITRATION**<br><br>The Honorable George H. Wu |

I, Adam B. Wolfson, declare as follows:

1. I am a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Plaintiffs Mitch Oberstein, Gary Matty, and Sophie Burke (together, "Plaintiffs"). I am an attorney in good standing in the State of California. I am making this Declaration in support of Plaintiffs' Opposition to Defendants' Amended Motion to Compel Arbitration, and have personal knowledge of the facts set forth below; if called upon to do so, I can and will competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of correspondence between counsel for Plaintiffs and counsel for Defendants, dated May 28, 2020.

3. Attached hereto as **Exhibit B** is a true and correct copy of Live Nation Entertainment, Inc.'s Form 10-K, dated March 1, 2021 and available at https://investors.livenationentertainment.com/sec-filings/all-sec-filings/content/0001335258-21-000009/0001335258-21-000009.pdf.

4. Attached hereto as **Exhibit C** is a true and correct copy of the domain statistics for livenation.com provided by domain.com, dated June 29, 2020.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Declaration of Kimberly Tobias that was previously filed in *Himber v. Live Nation Worldwide, Inc.*, 16-cv-05001-JS-GRB, ECF No. 34 (E.D.N.Y. Sept. 11, 2017)

6. Attached hereto as **Exhibit E** is a true and correct copy of the Ticketmaster U.S. Customer Service Contact page, dated February 27, 2021, and accessed by clicking the "email" link in the Live Nation Terms of Use.

7. Attached hereto as **Exhibit F** is a true and correct copy of a redline showing the changes to Ticketmaster's Terms of Use between December 7, 2018 and June 25, 2019.

8. Attached hereto as **Exhibit G** is a true and correct copy of the transcript of the deposition of Kimberly Tobias, dated March 5, 2021.

9. Attached hereto as **Exhibit H** is a true and correct copy of the court's

1

WOLFSON DECLARATION ISO PLAINTIFFS' OPPOSITION TO DEFENDANTS' AMENDED MOTION TO COMPEL ARBITRATION
CASE NO. 2:20-CV-03888-GW-GJS

order denying defendants' motion to compel arbitration, and granting in part and denying in part defendants' motion to dismiss in *Staley v. Gilead Scis., Inc.*, Case 3:19-cv-02573-EMC, ECF No. 558 at 14 (N.D. Cal. Mar. 12, 2021).

10. Attached hereto as **Exhibit I** is a true and correct copy of the "Ticketmaster Terms of Use," which were accessed from within the United Kingdom on or around February 3, 2021.

11. Attached hereto as **Exhibit J** is a true and correct copy of the domain statistics for ticketmaster.com provided by domain.com, dated June 29, 2020.

12. Attached hereto as **Exhibit K** is a true and correct copy of the Declaration of Kimberly Tobias in Support of Defendants' Motion to Compel Arbitration, which was previously filed in *Lee v. Ticketmaster LLC*, Case 3:18-cv-05987-VC, ECF No. 26 (N.D. Cal. Nov. 30, 2018), and which was previously marked as Exhibit 11 at the deposition of Kimberly Tobias.

13. Attached hereto as **Exhibit L** is a true and correct copy of a screenshot that was previously filed as "Exhibit O" to the Declaration of Kimberly Tobias in Support of Defendants' Motion to Compel Arbitration, which was previously filed in *Lee v. Ticketmaster LLC*, Case 3:18-cv-05987-VC, ECF No. 26-15 (N.D. Cal. Nov. 30, 2018), and which was previously marked as Exhibit 10 at the deposition of Kimberly Tobias.

14. Attached hereto as **Exhibit M** is a true and correct copy of a document produced in discovery bearing Bates Nos. TM00000001-TM00000004, and which was previously marked as Exhibit 14 in the deposition of Kimberly Tobias.

15. Attached hereto as **Exhibit N** is a true and correct copy of a document produced in discovery bearing Bates No. TM00000199.

16. Attached hereto as **Exhibit O** is a true and correct copy of a document produced in discovery bearing the Bates Nos. TM00000063-TM00000064, and which was previously marked as Exhibit 12 in the deposition of Kimberly Tobias.

17. Attached hereto as **Exhibit P** is a true and correct copy of a typography

1  guide provided by Ticketmaster Design, dated March 19, 2021.

2      18.    Attached hereto as **Exhibit Q** is a true and correct copy of a document produced in discovery bearing Bates Nos. TM00000170-TM00000174, and which was previously marked as Exhibit 5 in the deposition of Kimberly Tobias.

3      19.    Attached hereto as **Exhibit R** is a true and correct copy of a document produced in discovery bearing Bates Nos. TM00000145-TM00000152.

4      20.    Attached hereto as **Exhibit S** is a true and correct copy of Defendants' Reply in Support of Motion to Compel Arbitration, which was previously filed in *Dickey v. Ticketmaster, LLC*, Case No. 2:18-cv-09052-GHW-GJS, ECF No. 29 (C.D. Cal. Feb. 8, 2019).

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 19, 2021

                                                          */s/ Adam B. Wolfson*
                                                            Adam B. Wolfson