UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| Mitch Oberstein, Gary Matty, and Sophie Burke, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>Defendants. | CASE NO. CV 20-3888-GW-GJSx<br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE THEIR OPPOSITION TO DEFENDANTS' AMENDED MOTION TO COMPEL ARBITRATION UNDER SEAL**<br><br>The Honorable George H. Wu |
|---|---|

The Court has considered Plaintiffs' Application for Leave to File Their Opposition to Defendants' Amended Motion to Compel Arbitration Under Seal pursuant to Local Rule 79-5.  Having considered all papers filed in support of that Application, the Court **GRANTS** the Application, and, good cause appearing, hereby **ORDERS** that the following materials shall be filed under seal, pending Defendants' submission of proposed redactions on March 26, 2021, pursuant to the parties' stipulation (ECF No. 90).

| Document | Sealing Status |
|---|---|
| Plaintiffs' Opposition to Defendants' Amended Motion to Compel Arbitration | Sealed |

| Declaration of Dr. Anthony D. Andre | Sealed |
|---|---|
| Exhibits G, M, N, O, Q, and R to the Declaration of Adam B. Wolfson in Support of Plaintiffs' Opposition to Defendants' Motion to Compel Arbitration | Sealed |

**IT IS SO ORDERED.**

DATED: March 23, 2021      By: *George H. Wu*
                                                    HON. GEORGE H. WU,
                                                    United States District Judge