# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 20-3888-GW-GJSx | Date | September 27, 2021 |
|---|---|---|---|
| Title | *Mitch Oberstein, et al. v. Live Nation Entertainment, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Frederick A. Lorig | Timothy L. O'Mara |
| Kevin Y. Teruya | Kirsten Ferguson |
| William R. Sears | |
| Warren Postman | |

**PROCEEDINGS:**    **TELEPHONIC CONFERENCE**

Court and counsel confer re settlement. For reasons stated on the record, the status conference is continued to October 4, 2021 at 8:30 a.m. The hearing will be vacated provided a dismissal is filed by noon on September 30, 2021.

|  | : | 06 |
|---|---|---|
| Initials of Preparer | JG | |