LATHAM & WATKINS LLP
  Daniel M. Wall (Bar No. 102580)
    *dan.wall@lw.com*
  Timothy L. O'Mara (Bar No. 212731)
    *tim.o'mara@lw.com*
  Andrew M. Gass (Bar No. 259694)
    *andrew.gass@lw.com*
  Kirsten M. Ferguson (Bar No. 252781)
    *kirsten.ferguson@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone:  +1.415.391.0600
Facsimile:  +1.415.395.8095

*Attorneys for Defendants Ticketmaster L.L.C.*
*and Live Nation Entertainment, Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mitch Oberstein, Gary Matty, and Sophie Burke, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>Defendants. | Case No. 2:20-cv-03888-GW-GJS<br><br>**NOTICE OF LODGING PROPOSED DISMISSAL ORDER**<br><br>The Honorable George H. Wu |

1        Pursuant to the Court's instructions at the September 27, 2021 status

2  conference and in the minutes thereof (ECF No. 116), Defendants Ticketmaster

3  L.L.C. and Live Nation Entertainment, Inc., hereby submit the attached [Proposed]

4  Dismissal Order.  Plaintiffs do not oppose the form of the Proposed Order and agree

5  it reflects the Court's instructions at the September 27, 2021 status conference.

6

7  Dated:  September 30, 2021           Respectfully Submitted,

8                    LATHAM & WATKINS LLP

9

10             By:  */s/ Timothy L. O'Mara*

11                    Timothy L. O'Mara

12                    505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone:  +1.415.391.0600

13                    Facsimile:  +1.415.395.8095
tim.o'mara@lw.com

14

15                    *Attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.*

16

17

18

19

20

21

22

23

24

25

26

27

28