**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mitch Oberstein, Gary Matty, and Sophie Burke, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>Defendants. | Case No. CV 20-3888-GW-GJSx<br><br>**DISMISSAL ORDER** |

In light of the Court's Ruling on Defendants' Amended Motion to Compel Arbitration (ECF No. 114) and the September 27, 2021 status conference (ECF No. 116), and the proposed order submitted by Defendants, the Court finds that dismissal is appropriate.  The Court's Ruling on Defendants' Amended Motion to Compel Arbitration (ECF No. 114) is amended accordingly and the following sentence is deleted from the Court's Ruling:  "The Court chooses to stay the action pending arbitration rather than dismissing all claims because the arbitrator will determine questions of arbitrability that may lead this case back to federal court." *Id.* at 16.  The case is dismissed.

**IT IS SO ORDERED.**

Dated: September 30, 2021

_____
HON. GEORGE H. WU
United States District Judge